## MILLIKEN–TOMLINSON COMPANY v. AMERICAN SUGAR REFINING COMPANY.

(Circuit Court of Appeals, First Circuit. March 16, 1926.)

No. 1825.

In Error to the District Court of the United States for the District of Maine.

On petition for rehearing. Denied.

For former opinion, see 9 F.(2d) 809.

Before BINGHAM and JOHNSON, Circuit Judges, and BREWSTER, District Judge.

BREWSTER, District Judge. A petition for rehearing has been filed in this case by the plaintiff in error, presenting nine distinct grounds upon which the petition is based. Each of these grounds presents a question which was fully discussed in the opinion of this court handed down November 25, 1925.

A consideration of the petition reveals no new matter, nor any errors of sufficient moment to induce a majority of the court to alter or modify any conclusion reached.

In view of such a situation, it seems unnecessary to now deal with or grant a rehearing for the purpose of further considering the many ramifications of the case, which the petition for rehearing involves.

Petition denied.